**FILED**
CLERK, U.S. DISTRICT COURT

11/23/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AP _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR No. 5:22-cr-00270-FLA |
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi): Distribution of Fentanyl] |
| IGNACIO ALCALA, | |
| Defendant. | |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi)]

On or about August 3, 2022, in Riverside County, within the Central District of California, defendant IGNACIO ALCALA knowingly and intentionally distributed at least 400 grams, that is,

///

///

1   approximately 988.8 grams, of a mixture and substance containing a

2   detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

3   propanamide ("fentanyl"), a Schedule II narcotic drug controlled

4   substance.

A TRUE BILL

_____
Foreperson

9   E. MARTIN ESTRADA
    United States Attorney

12  SCOTT M. GARRINGER
    Assistant United States Attorney
13  Chief, Criminal Division

14  SEAN D. PETERSON
    Assistant United States Attorney
15  Chief, Riverside Branch Office

16  MITCHELL M. SULIMAN
    Assistant United States Attorney
17  Riverside Branch Office